IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE LORA-RUIZ, | Case No.: 7:20-cv-05673-KMK |
| Plaintiff, | |
| v. | ORDER |
| MONTEFIORE NYACK HOSPITAL, SOUND INPATIENT PHYSICIANS, INC., AND CHARITY CATANIA, | |
| Defendants. | |

This matter came before the Court upon the filing of the Motion for Exemption from the Court's Alternative Dispute Resolution Program and Pilot Discovery Protocols for Counseled Employment Cases filed by Defendants Sound Inpatient Physicians, Inc. and Charity Catania in the above-captioned matter. The Court, ~~being fully advised in the premises~~, hereby finds as follows:

IT IS ORDERED that the Motion for Exemption from the Court's Alternative Dispute Resolution Program and Pilot Discovery Protocols for Counseled Employment Cases is granted.

IT IS FURTHER ORDERED that the parties are exempted from participation in the mediation requirement of the Southern District of New York's Alternative Dispute Resolution program and from the Pilot Discovery Protocols for Counseled Employment Cases.

IT IS FURTHER ORDERED that the requirements of Fed. R. Civ. P. 26(a)(1) apply to the parties hereto and that the deadline for complying with such requirements shall be set during the Scheduling Conference or the parties' Rule 26(f) Report.

BY THE COURT:

Dated: 12/18/20

United States District/Magistrate Judge

4840-9455-2532.1